**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Life Associates, Inc., | ) | Case No. 10-32363 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## CERTIFICATE OF SERVICE

**PLEASE BE ADVISED** that this Honorable Court has set the date of September 21, 2010 at 10:30 a.m. for a final hearing on the Debtor's Motion for Interim and Final Orders (i) Determining that Utility Companies Have Been Provided With Adequate Assurance of Payment, and (ii) Approving Adequate Assurance Procedures. *See* Interim Order entered August 17, 2010.

The undersigned certifies that she caused a copy of the foregoing:

- **INTERIM ORDER PURSUANT TO SECTIONS 105(a) AND 366(b) OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT ENTERED ON AUGUST 17, 2010 [Docket Entry 33]** ;

- **MOTION FOR INTERIM AND FINAL ORDERS (I) DETERMINING THAT UTILITY COMPANIES HAVE BEEN PROVIDED WITH ADEQUATE ASSURANCE OF PAYMENT, AND (II) APPROVING ADEQUATE ASSURANCE PROCEDURES [Docket Entry 19]**; and

- **PROPOSED FINAL ORDER PURSUANT TO SECTIONS 105(a) AND 366(b) OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

to be served on the following parties as specified below via Electronic Mail on this 20th day of August, 2010 and via First Class Mail, proper postage prepaid, on this day of 20th day of August, 2010.

### VIA ELECTRONIC MAIL

William T Neary            USTPRegion11.ES.ECF@usdoj.gov

Prairie Glen Properties LLC    tbanich@shawgussis.com, kdevries@shawgussis.com, jguzzardo@shawgussis.com, stowbin@shawgussis.com

**VIA FIRST CLASS MAIL**

| | | |
|---|---|---|
| Accurate Document Destruction<br>2500 Landmeier Road<br>Elk Grove Village, Illinois 60007 | Allied National, Inc.<br>Attn: Premium Department<br>4551 West 107th Street, Suite 100<br>Overland Park, Kansas 66207-4037 | Allied National, Inc.<br>Attn: UAS Department<br>4551 West 107th Street, Suite 100<br>Overland Park, Kansas 66207-4037 |
| American Express<br>c/o CT Corporation<br>111 8th Avenue, 13th Floor<br>New York, New York 10011 | Castle Bank of DeKalb<br>100 West Church Street<br>Sandwich, Illinois 60548 | CC Services, Inc.<br>1711 GE Road<br>Bloomington, Illinois 61702 |
| Country Leasing<br>1711 GE Road<br>Bloomington, Illinois 61702 | FedEx Corporation<br>942 South Shady Grove Road<br>Memphis, Tennessee 38120 | First Bankcard<br>3331 Polk Street<br>Omaha, Nebraska 68107-3923 |
| Fox Metro Water Reclamation Dist.<br>Attn: Diane<br>682 State Route 31<br>Oswego, Illinois 60543 | GFC Leasing<br>2675 Research Park Drive<br>Madison, Wisconsin 53711 | Pitney Bowes Global Financial Services LLC<br>Attn: Bankruptcy Dept.<br>27 Waterview Drive<br>Shelton, Connecticut 06484 |
| Gordon Flesch Co., Inc.<br>Corporate Headquarters<br>2675 Research Park Drive<br>Madison, Wisconsin 53711 | Ice Mountain Spring Water<br>c/o Nestlé Waters North America #216<br>6661 Dixie Highway, Suite 4<br>Louisville, Kentucky 40258 | Mid Atlantic Trust Co.<br>1251 Waterford Place, Suite 525<br>Pittsburgh, Pennsylvania 15222-4236 |
| Pitney Bowes, Inc.<br>Attn: Bankruptcy Dept.<br>27 Waterview Drive<br>Shelton, Connecticut 06484 | Rockoff, Harlan Rasof, Ltd.<br>3818 Oakton Street<br>Skokie, Illinois 60076 | Sprint<br>Attn: Bankruptcy Department<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, Kansas 66251-4300 |
| Sprint Wireless Cards G&LC<br>Attn: Bankruptcy Department<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, Kansas 66251-4300 | State Farm<br>Attn: Willie Swims, Agent<br>145 West Roosevelt Road<br>West Chicago, Illinois 60185 | Steelcase Financial Services, Inc.<br>Attn: Bankruptcy Department/<br>Administration Center<br>180 Montgomery Street, 4th Floor<br>San Francisco, California 94104 |
| The Retirement Advantage<br>Attn: Bankruptcy Departmen<br>47 Park Place, Suite 850<br>Appleton, Wisconsin 54914 | SunGard Business Systems, LLC<br>Attn: Bankruptcy Department<br>Corporate Headquarters<br>680 East Swedesford Road<br>Wayne, Pennsylvania 19087 | Steelcase Financial Services, Inc.<br>901 44th Street S.E.<br>Grand Rapids, Michigan 49508 |
| Village of Sugar Grove<br>Public Works Department<br>10 Municipal Drive<br>Sugar Grove, Illinois 60554 | Charles J. Myler<br>Myler, Ruddy & McTavish<br>105 East Galena Boulevard<br>Aurora, Illinois 60505-3357 | Sugar Grove Self Storage<br>46W725 US Highway 30<br>Sugar Grove, Illinois 60554-9521 |
| ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, Illinois 60181 | Nicor<br>Attn: Bankruptcy Department<br>1844 Ferry Road<br>Naperville, Illinois 60563-9600 | MediaCom<br>3900 26th Avenue<br>Moline, Illinois 61265-4999 |
| ATT Mobility Master<br>Attn: Business Bankruptcy Department<br>15100 Faa Boulevard<br>Fort Worth, Texas 76155 | ATT Business Unlimited<br>Attn: Business Bankruptcy Department<br>15100 Faa Boulevard<br>Fort Worth, Texas 76155 | Final ASP, LLC<br>5100 Poplar Avenue, Suite 2007<br>Memphis, Tennessee 38137 |
| Light Edge<br>215 10th Street, Suite 1220<br>Des Moines, Iowa 50309 | | |

Dated: August 20, 2010    *s/ Tammy R. Milton*
                          Tammy R. Milton

John A. Lipinsky
ARDC: 6207678
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
T: (630) 428-2660
F: (630) 428-2549

2