UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-32363 |
| | ) | |
| Life Associates, Inc. | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING COMAN & ANDERSON, P.C.'S
FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

THIS CAUSE coming to be heard on Coman & Anderson P.C.'s Final Application for Compensation and Reimbursement of Expenses for services rendered from August 2, 2012, through May 31, 2013 (the "Application"); due and proper notice of the Application having been given:

IT IS HEREBY ORDERED THAT:

1. The Application is granted;

2. Coman & Anderson, P.C.'s final request for compensation is allowed in the amount of $75,398.70, representing a reduction of 10% of all previously allowed fees on an interim basis as well as the compensation being sought in the final application of $124,522.00;

3. Coman & Anderson, P.C.'s final request for reimbursement of expenses is allowed in the amount of $947.70;

4. Coman & Anderson, P.C. is allowed the total sum of $76,346.40 (the "Allowed Amount") which represents the total compensation and reimbursement of expenses allowed herein;

5. All interim awards of compensation and expense reimbursement are deemed a final order; and

6. The Debtor is authorized to pay Coman & Anderson, P.C. the Allowed Amount and Coman & Anderson, P.C. has agreed to accept payment of the Allowed Amount at such time as the Chapter 11 Trustee and his professionals receive payment of their fees and expenses (including any and all holdback amounts) as allowed on a final basis.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 7/23/14

**Prepared by:**

John A. Lipinsky
ARDC: 6207678
Coman & Anderson, P.C.
650 Warrenville Road, Suite 500
Lisle, Illinois 60532
T: (630) 428-2660

Rev: 201100318_bko